**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DAVID RUBIN, an individual, on**
**behalf of himself and all others**
**similarly situated,**

     **Plaintiff,**

**v.**                           **Case No: 8:15-cv-1873-T-35TBM**

**CENTER FOR EXCELLENCE IN**
**HIGHER EDUCATION, INC.,**

     **Defendant.**

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's[1] Notice of Voluntary Dismissal with Prejudice,

(Dkt. 13) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.**   The **Clerk** is directed to

terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida, this 27th day of October, 2015.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party

---

[1] There are no opt-in Plaintiffs listed on the case docket.